[No. 1090-3.   Division Three.   January 19, 1976.]

YAKIMA ADJUSTMENT SERVICE, INC., *Respondent*, v. JOHNNY L. WATKINS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 55343, Walter A. Stauffacher, J., entered January 25, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1446-3.   Division Three.   January 19, 1976.]

HAROLD RICHARDSON, ET AL, *Respondents*, v. ARTHUR E. CROWNOVER, ET AL, *Respondents*, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, INC., *Appellant.*

Motion to dismiss an appeal from a judgment of the Superior Court for Walla Walla County, No. 62894, John C. Tuttle, J., entered February 10, 1975. *Dismissed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 3214-1.   Division One.   January 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY ALLEN ARMSTRONG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 67207, Horton Smith, J., entered July 3, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3118-1.   Division One.   January 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. COLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 2970, Walter J. Deierlein, Jr., J., entered June 26, 1974. *Dismissed* by unpublished per curiam opinion.